The Honorable Thomas S. Zilly

FILED ——— ENTERED
LODGED ——— RECEIVED

FEB 2 0 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT C ...
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. C07-0254TSZ |
| Plaintiff, | **STIPULATED SETTLEMENT AGREEMENT AS TO CLAIMANT ALBERT KWOK LEUNG KWAN** and **ORDER APPROVING SETTLEMENT AGREEMENT** |
| v. | |
| ONE (1) HECKLER & KOCH, MODEL VP70Z, SHORT BARRELED RIFLE, SERIAL NUMBER 93512, AND ONE (1) MAUSER, MODEL M32, MACHINEGUN, SERIAL NUMBER 92749, | |
| Defendants. | |
| ALBERT KWOK LEUNG KWAN, | |
| Claimant. | |

||| ||||| |||| ||||| ||||| ||||| ||||| |||| ||||
| ||||||| ||| ||||||| |||||| |||| |||| ||| ||||

**07-CV-00254-BOND**

Plaintiff United States of America, by and through undersigned counsel, and Claimant Albert Kwok Leung Kwan ("Claimant"), by and through his attorneys Joseph Conte and Eric Stahlfeld, hereby enter into this Stipulated Settlement Agreement on the terms and conditions set forth below.

The United States filed its Verified Complaint for Forfeiture In Rem against the Defendant Heckler & Koch Model VP70Z, Short Barreled Rifle, Serial No. 93512 and associated stock, and the Defendant Mauser Model M32 Machinegun, Serial No. 92749 on February 16, 2007. Docket #1. In its Complaint, the United States alleged that the defendant firearms are subject to seizure and forfeiture pursuant to 26 U.S.C. § 5872 for

AND ORDER

Stipulated Settlement Agreement - 1
*U.S. v. Heckler & Koch VP70Z, et. al*; Case No. C07-254TSZ

UNITED STATES ATTORNEY
700 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  violations of 26 U.S.C. § 5861(d), and pursuant to 18 U.S.C. § 922(a) for violations of

2  922(o)(1).

3  On April 26, 2007, Claimant Albert Kwok Leung Kwan filed an Answer to the

4  Verified Complaint for Forfeiture In Rem as to the Defendant firearms.  Docket #4.  The

5  United States subsequently returned to Claimant a Mauser Model M32 Machinegun, and

6  dismissed the claims against that machinegun in the forfeiture action.   The civil forfeiture

7  action was stayed on July 10, 2007, pending resolution of the related criminal matter,

8  United States v. Kwan, Western District of Washington Case No. CR06-0305TSZ.

9  On March 4, 2011, Albert Kwan filed a Motion for Return of Property in the

10  related criminal matter United States v. Kwan, Case No. CR06-0305TSZ.  The motion

11  requested return of the Heckler & Koch VP70Z that is subject to the forfeiture action; a

12  Heckler & Koch VP70M machine pistol; two stocks; an M-14 Machine Gun bearing

13  serial number 1194208; and an M-14 Machine Gun, bearing serial number 1216175.

14  The M-14 bearing serial number 1194208, including all of its parts, was destroyed

15  by the ATF pursuant to an administrative forfeiture on April 15, 2009.  The M-14 bearing

16  serial number 126175 was subpoenaed in connection with Mr. Kwan's criminal case on

17  October 25, 2006.  The M-14 bearing serial number 126175 was destroyed by the ATF on

18  January 20, 2009.

19  The Court consolidated the request for civil relief into this civil forfeiture action by

20  Minute Order on February 2, 2012.  See Docket No. 12, and Docket No. 199 in United

21  States v. Kwan, Case No. CR06-0305TSZ.  On November 21, 2012, Claimant Kwan

22  moved to Amend his Complaint for Civil relief related to the Motion for Return of

23  Property.

24  On January 18, 2013, the Court Denied Claimant Kwan's Motion to Amend

25  leaving only the H&K VP70Z, the H&K VP70M, and the associated stocks at issue.  In

26  its Order the Court the identified that Federal Rule of Criminal Procedure 41(g) contains

27  no waiver of sovereign immunity, and thus monetary damages are not a permitted form of

28  relief when the items sought have been lost or destroyed citing the decision in Ordonez v.

AND ORDER

Stipulated Settlement Agreement - 2
U.S. v. Heckler & Koch VP70Z, et. al; Case No. C07-254TSZ

1  United States, 680 F.3d 1135 (9th Cir. 2012).  Further the Court ordered with respect to

2  Claimant Kwan's motion to amend his pleading that it lacked the jurisdiction to a claim of

3  taking without just compensation, that a Bivens claim was now outside the three year

4  statute of limitations, and that a claim under the Federal Tort Claims Act was barred by

5  Kwan's failure to exhaust administrative remedies.

6  **STIPULATION**

7  1.      The Court has jurisdiction over this consolidated action, the defendant

8  firearms, and the parties, pursuant to 28 U.S.C. §§ 1345 and 1355.  The Court has venue

9  pursuant to 28 U.S.C. §§ 1355(b) and 1395.

10  2.      Claimant hereby abandons to the United States of America all interest in

11  and rights, interest, or claims to the H&K VP70M and the two stocks.  Claimant

12  understands and agrees that by entering into this Settlement Agreement, it waives any

13  right to litigate further any interest in the H&K Military and two stocks, including, but not

14  limited to the right to petition for remission or mitigation.

15  3.      The United States agrees to the return and dismissal of the forfeiture action

16  related to the H&K VP70Z (without stock).  The United States shall not seek forfeiture on

17  any basis whatsoever that exists as the date the VP70Z is returned to Claimant.  The H&K

18  VP70Z shall be turned over to custody of Attorney Eric Stahlfeld.

19  4.      The parties acknowledge that this Stipulated Settlement Agreement is made

20  as a compromise and is not, and cannot be construed as, an admission of liability or a

21  concession of innocence.

22  5.      This Stipulated Settlement Agreement represents a full settlement and

23  satisfaction of all ownership and possessory claims by Claimant Kwan to the H&K

24  VP70M and two stocks, and the two M-14s.  This Stipulated Settlement Agreement

25  represents a full settlement and satisfaction of all ownership and possessory claims by the

26  United States to the H&K VP70Z.  The parties shall execute further documents to the

27  extent necessary to implement the terms of this Stipulated Settlement.

28  6.      Claimant Kwan understands and agrees that this Settlement Agreement does

AND ORDER

Stipulated Settlement Agreement - 3
*U.S. v. Heckler & Koch VP70Z, et. al*; Case No. C07-254TSZ

UNITED STATES ATTORNEY
700 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  not make him a "prevailing party" in this action, and agrees to waive any and all claims to

2  attorney's fees under 28 U.S.C. § 2465.  Each party to the Settlement Agreement is to

3  bear its own costs and attorneys' fees.

4         7.      Claimant Kwan hereby agrees to release and forever discharge the United

5  States, its agencies, agents, employees, and officers, from any and all claims, liens,

6  demands, obligations, actions, causes of action, indemnifications, damages, liabilities,

7  losses, costs and expenses, of any nature whatsoever, known or unknown, past, present or

8  future, ascertained or unascertained, suspected or unsuspected, existing or claimed to

9  exist, which said Claimant may have had, now has, or may hereafter have, arising out of

10  the investigation, seizure, handling, and/or disposition of any of the firearms and stocks

11  involved in this consolidated action.

12         8.      The United States and Claimant Albert Kwan consent to the dismissal of

13  this consolidated action, upon Court approval of this Settlement Agreement.

14         9.      It is contemplated that this Settlement Agreement may be executed in

15  several counterparts, with a separate signature page for each party.  All such counterparts

16  and signature pages, together, shall be deemed to be one document.

17        10.    The terms of this Settlement Agreement shall be subject to approval by the

18  United States District Court for the Western District of Washington, and the Court shall

19  retain jurisdiction to enforce those terms.

20

21  //

22

23  //

24

25  //

26

27  //

28

AND ORDER

Stipulated Settlement Agreement - 4
*U.S. v. Heckler & Koch VP70Z, et. al*; Case No. C07-254TSZ

UNITED STATES ATTORNEY
700 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The parties submit this Stipulated Settlement Agreement to the Court for signature,

2    having agreed to its terms and consented to the entry of this Stipulated Settlement

3    Agreement in full satisfaction of the claim of Claimant in this case and further, the

4    undersigned parties waive any right of appeal.

5
     DATED: 2/20/2013                          /s/ Francis Franze-Nakamura
6                                              FRANCIS FRANZE-NAKAMURA
                                               Assistant United States Attorney
7                                              *Counsel for Plaintiff*

8
     DATED:
9                                              JOSEPH R. CONTE
                                               *Counsel for Claimant Albert Kwan*
10

11   DATED: 20 Feb 2013

12                                             ERIC R. STAHLFELD
                                               *Counsel for Claimant Albert Kwan*

13
     DATED:
14                                             ALBERT KWOK LEUNG KWAN
                                               *Claimant*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulated Settlement Agreement - 5
*U.S. v. Heckler & Koch VP70Z, et. al*; Case No. C07-254TSZ

1      The parties submit this Stipulated Settlement Agreement to the Court for signature,

2  having agreed to its terms and consented to the entry of this Stipulated Settlement

3  Agreement in full satisfaction of the claim of Claimant in this case and further, the

4  undersigned parties waive any right of appeal.

5

6  DATED:_____         FRANCIS FRANZE-NAKAMURA

7                             Assistant United States Attorney
                             *Counsel for Plaintiff*

8  DATED: 2/20/2013

9                             JOSEPH R. CONTE
                             *Counsel for Claimant Albert Kwan*

10

11  DATED:_____

12                         ERIC R. STAHLFELD
                         *Counsel for Claimant Albert Kwan*

13  DATED: 02/20/13

14                         ALBERT KWOK LEUNG KWAN
                         *Claimant*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AND ORDER

Stipulated Settlement Agreement - 5A
*U.S. v. Heckler & Koch VP70Z, et. al*; Case No. C07-254TSZ

UNITED STATES ATTORNEY
700 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

This Stipulated Settlement Agreement is hereby APPROVED and its terms are hereby ORDERED.  It is further ORDERED that this consolidated action is hereby dismissed, with prejudice. The Clerk is DIRECTED to close this case.

DATED this 26 day of February, 2013.

HON. THOMAS S. ZILLY
United States District Court Judge

Presented by:

*s/Francis Franze-Nakamura*
FRANCIS FRANZE-NAKAMURA
Assistant United States Attorney
700 Stewart Street, Ste. 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax:   (206) 553-6934
Email: Francis.Franze-Nakamura@usdoj.gov

AND ORDER

Stipulated Settlement Agreement - 6
*U.S. v. Heckler & Koch VP70Z, et. al*; Case No. C07-254TSZ

UNITED STATES ATTORNEY
700 STEWART STREET
SEATTLE, WASHINGTON 98101
(206) 553-7970